UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF
PENNSYLVANIA, by Attorney
General Michelle A. Henry,

        Plaintiff,

        v.

EAGLE ROCK RESORT CO., LLC,
et al.,

        Defendants.

CIVIL ACTION NO. 3:25-cv-00059

(SAPORITO, J.)

ORDER

AND NOW, this 31st day of March, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.     The defendants' motion to dismiss (Doc. 7) is **GRANTED in part and DENIED in part**—to the extent it seeks dismissal under Fed. R. Civ. P. 12(b)(1) for lack of standing, the motion is **DENIED**, but to the extent it seeks dismissal under Fed. R. Civ. P. 12(b)(6) for failure to state a claim, the motion is **GRANTED**;

2.     The complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief can be granted;

3.     The plaintiff may file an amended complaint **within thirty**

**(30) days** after entry of this order; and

4.    In the absence of a timely filed amended complaint, the clerk

shall mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge
